**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARTY SCHWENINGER, )<br>　　　　　Plaintiff, )<br>v. )<br> )<br>ADVANCED VISION TECHNOLOGY, INC. )<br>A/K/A AVT, INC. )<br>Defendant. )<br> ) | Case No.: 1:15-cv-07009<br>Honorable Joan H. Lefkow |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Advanced Vision Technology, Inc. ( "AVT"), moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 on the grounds that no genuine issue of material fact exists and AVT is entitled to judgment as a matter of law. In support of its motion, AVT states as follows:

1.　　　Plaintiff alleges that AVT violated the Fair Labor Standards Act by failing to comply with requirements of 29 U.S.C. § 207(f) after instituting a Belo Plan pursuant to the statute (29 U.S.C. § 207(f)).

2.　　　The undisputed material facts demonstrate that AVT complied with the requirements of 29 U.S.C. § 207 (f).

3.　　　In further support of its motion, AVT submits a Memorandum of Law, a Local Rule 56.1 Statement of Uncontested Material Facts, the Affidavit of Chris Courcy, the Affidavit of Daniel Metor, and the exhibits listed in the Exhibit List filed concurrently herewith.

WHEREFORE AVT requests that the Court grant its Motion for Summary Judgment, and award it the costs it has incurred in defending this suit.

DM1\6976125.1

2

ADVANCED VISION TECHNOLOGY

By: /s/ Doreen M. Zankowski
One of its attorneys

Doreen M. Zankowski (admitted *pro hac vice*)
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110
P: 857-488-2400
F: 857-488-4201

June 17, 2016                               dmzankowski@duanemorris.com

CERTIFICATE OF SERVICE

      I certify that on June 17, 2016, I served the foregoing Motion for Summary Judgment on Plaintiff's counsel via ecf.

/s/ Doreen M. Zankowski

2