UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTY SCHWENINGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCED VISION TECHNOLOGY, INC. )<br>A/K/A AVT, INC. )<br>)<br>Defendant. )<br>) | Case No.: 1:15-cv-07009<br>Honorable Joan H. Lefkow |

### EXHIBITS IN SUPPORT OF
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Advanced Vision Technology, Inc. files the following exhibits in support of its motion for summary judgment:

1. Exhibit 1: Complaint
2. Exhibit 2: Answer
3. Exhibit 3: AVT's Interrogatory Responses
4. Exhibit 4: Martin Schweninger Deposition Transcript
5. Exhibit 5: December 2009 Letter/Contract
6. Exhibit 6: Affidavit of Daniel Metor
7. Exhibit 7: Chris Courcy Deposition Transcript
8. Exhibit 8: Affidavit of Chris Courcy, with Exhibits A – D thereto
9. Exhibit 9 Plaintiff's Interrogatory Responses
10. Exhibit 10: *Anderson v. North Roanoke Vet. Clinic, Inc.*, 1997 U.S. Dist. LEXIS 1336, *8, 11 (W.D. Va. Jan. 17, 1997)

Date: June 17, 2016                     Respectfully submitted,

                                        ADVANCED VISION TECHNOLOGY

                                        By: /s/ Doreen M. Zankowski
                                        One of its attorneys

                                        Doreen M. Zankowski (admitted pro hac vice)
                                        Duane Morris LLP
                                        100 High Street, Suite 2400
                                        Boston, MA 02110
                                        P: 857-488-2400
                                        F: 857-488-4201
June 17, 2016                           dmzankowski@duanemorris.com